**UNITED STATES DISTRICT COURT**
          **FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　　Criminal No. 07-cr-171-01-B

<u>Rene Joyal</u>

                       **O R D E R**

     The defendant has moved to continue the May 6, 2008 trial in the above case. Defendant cites the need for additional time to prepare for trial as Attorney Norkunas has recently appeared in this case. The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to September 3, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 23, 2008 final pretrial conference is continued until August 26, 2008 at 3:00 pm.

SO ORDERED.

/s/ Paul Barbadoro
US District Court Judge

April 16, 2008

cc:  Stanley Norkunas, Esq.
     Mark Irish, Esq.
     United States Probation
     United States Marshal