**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                        Case No. 07-cr-171-02-PB

<u>Rene Joyal</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2009, citing the need for additional time to further engage in plea discussions or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 24, 2009 final pretrial conference is continued to August 27, 2009 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 16, 2009

cc: Stanley Norkunas, Esq.
Mark Irish, Esq.
Seth Aframe, Esq.
United States Probation
United States Marshal